```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
GUAN CHEN, et al.,                        :
                                          :
                                          :   04 Civ. 6579 (GBD)(THK)
                        Plaintiffs,       :
                                          :
         -against-                        :   ORDER
                                          :
GRAND HARMONY RESTAURANT, INC., et al.,   :
                                          :
                        Defendants.       :
                                          :
------------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This FLSA case having been referred to this Court for general pretrial supervision, it is hereby ORDERED:

1. The parties to this case are directed to participate in a settlement conference with the Court to be held on August 17, 2009, at 10:00 a.m., in courtroom 17D at the United States Courthouse located at 500 Pearl Street, New York, New York.

2. Each of the represented named parties is expected to attend in person. In particular, Defendants Wai Ping Chan and William Su, aka Woon Kwon Soo, must appear in person at the courthouse. Failure to do so may result in sanctions.

SO ORDERED.

_____
Theodore H. Katz
United States Magistrate Judge

Dated:   July 9, 2009
         New York, New York